448 A.2d 1169

Commonwealth v. Henry, Appellant.

586

Submitted February 3, 1982. Hamlin W. Neely, for appellant; William H. Platt, District Attorney for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence of the learned Lehigh County Common Pleas Court Judge Kenneth H. Koch is affirmed.